UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR - 9 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) No. | **4:15CR103 NCC** |
| JAMES JACQUES, | ) ) ) | |
| Defendant. | ) ) | |

## MISDEMEANOR INFORMATION

The United States Attorney charges that:

### COUNT I

On or about March 3, 2015, within the special maritime and territorial jurisdiction of the United States, in the City of St. Louis, within the Eastern District of Missouri,

**JAMES JACQUES,**

the defendant herein, did knowingly possess or attempt to possess a firearm in a Federal facility: namely, a building commonly known as the Thomas F. Eagleton United States Courthouse.

In violation of Title 18, United States Code, Section 930(a).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, John T. Bird, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
JOHN T. BIRD, #37802MO

Subscribed and sworn to before me this 9th day of March 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK